SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

**FILED**

APR 18 2025

U.S. MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERALDO NEFTALI GOMEZ-JACOBO,<br>aka "Jose Nehemias Gomez-Rivera,"<br><br>Defendant. | Case No. 2:25-MJ- 327 -MDC<br><br>**CRIMINAL COMPLAINT**<br>for violation of Deported Alien<br>Found in the United States<br>(8 U.S.C. § 1326(a) and (b)) |

BEFORE the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

<u>COUNT ONE</u>
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

On or about March 12, 2025, in the State and Federal District of Nevada,

HERALDO NEFTALI GOMEZ-JACOBO,
aka "Jose Nehemias Gomez-Rivera,"

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about October 15, 2003, having reentered and remained in the

United States, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

## PROBABLE CAUSE

I, Raymond Thayer, state the following as and for probable cause.

1. I have been employed with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as an Immigration Enforcement Agent and Deportation Officer ("DO") since February 2007. I am currently assigned as a DO to the Las Vegas Office's Enforcement and Removal Operations Criminal Prosecution's Section. In this capacity, I investigate and process a range of immigration related offenses mainly focusing on obtaining federal prosecutions and indictments for violent criminal aliens, such as violations of 8 U.S.C. §§ 1325 and 1326.

2. This Affidavit is made in support of a criminal complaint against HERALDO NEFTALI GOMEZ-JACOBO("Defendant"), also known as Jose Nehemias Gomez-Rivera, for a violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. The information contained in this Affidavit is based on my own personal investigation and information communicated to me by other law enforcement officers with personal knowledge of facts relevant to this investigation. The Affidavit is intended only to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3. On March 12, 2025, ICE encountered, identified, and apprehended Defendant in Las Vegas, Nevada. Because ICE records indicated Defendant is a citizen and national of El Salvador, by virtue of birth, who was previously removed from the United States and because Defendant was not in possession of valid immigration documents

2

1  allowing him to be present or remain in the United States, ICE took Defendant into
2  administrative custody.

3      4.    On March 12, 2025, ICE remanded Defendant to the custody of Nevada
4  Parole and Probation based on active Bench Warrant for Probation Violation. ICE sent a
5  DHS Form I-247A, Immigration Detainer to the Clark County Detention Center (CCDC).
6  On April 3, 2025, CCDC remanded Defendant to ICE custody Las Vegas, Nevada.

7      5.    On or about April 3, 2025, I reviewed printouts from the Federal Bureau of
8  Investigation ("FBI") relating to Defendant. Based on my training and experience, I know
9  that the FBI databases contain records of arrests and convictions of individuals, based on
10 an individual's FBI number. I also know that an FBI number is assigned based on unique
11 fingerprint characteristics, and that police departments routinely fingerprint each person
12 who is booked into custody for identification purposes and inclusion into criminal history
13 databases.

14     6.    A query of Defendant's automated criminal history confirmed that he had
15 been convicted of the following felony prior to his most recent removal, which subjects him
16 to the heightened penalty provisions of 8 U.S.C. § 1326(b): on or about January 10, 2003,
17 Defendant was convicted of four counts, Attempt Lewdness with A Child Under the Age of
18 14, in violation of Nevada Revised Statutes 193.330, 201.230, in the Eighth Judicial District
19 Court, Clark County, Nevada, Case No. C178127.

20     7.    On or about April 3, 2025, I obtained the DHS Administrative File ("A-File")
21 for the subject assigned Alien Registration Number 041 625 913, whose name of record is
22 "Heraldo Neftali Gomez-Jacobo" (hereinafter, the "Gomez-Jacobo A-File"). Based on my
23 training and experience, I know that a DHS A-File is a file maintained by DHS in which
24 immigration records are maintained for an alien admitted to, or found in, the United States.

I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS – or its predecessor, the Immigration and Naturalization Service ("INS") – with respect to the subject alien for whom the DHS A-File is maintained. As discussed in more detail below, my review of the Gomez-Jacobo A-File confirmed that this A-File corresponds with Defendant.

8. The Gomez-Jacobo A-File contained the following documents and information, among other things, regarding Defendant's immigration status:

    a. Executed Warrant of Removal/Deportation (ICE Forms I-205) indicating that Defendant was officially removed and deported from the United States to El Salvador on or about October 15, 2003. I know from my training and experience that a Warrant of Removal/Deportation (ICE Form I-205) is executed each time a subject alien is removed from the United States by ICE (and in the past by its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprints. The executed Warrant of Removal/Deportation (ICE Form I-205) referenced above that I found in the Gomez-Jacobo A-File contains Defendant's photograph, signature, and fingerprints.

    b. A Record of Deportable / Inadmissible Alien (Forms I-213) dated August 21, 2003, and March 12, 2025, which state that Defendant is a native and citizen of El Salvador.

    c. Defendant's El Salvadorian Passport which expires on February 20, 2030.

9. On or about April 3, 2025, I reviewed certain printouts of ICE computer indices contained in the Gomez-Jacobo A-File. Based on my training and experience, I know that ICE computer indices track and document each time an alien has been deported

4

from the United States by ICE (or previously by the INS) or was granted permission to enter or re-enter the United States. The ICE computer indices confirmed that Defendant had been removed and deported on or about the dates indicated on the Warrant of Removal/Deportation (ICE Form I-205) found in the Gomez-Jacobo A-File.

10. Based on my review of the Gomez-Jacobo A-File, I determined that it does not contain any record of him ever having received permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation and that, if such documentation existed, it would ordinarily be found in the Gomez-Jacobo A-File.

11. Based on my training, experience, and review of the contents of the Gomez-Jacobo A-File, in particular the Warrant of Removal/Deportation, which indicates that Defendant had been deported to El Salvador, I determined that Defendant is an alien – that is, a citizen of El Salvador.

12. Based on the above, I believe there is probable cause that HERALDO NEFTALI GOMEZ-JACOBO did violate 8 U.S.C. § 1326(a) and (b) (Deported Alien Found in United States).

Raymond Thayer, Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed before me on this 18th day of April 2025.

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE