UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERALDO NEFTALI GOMEZ-JACOBO,<br>aka "Jose Nehemias Gomez-Rivera<br><br>Defendant. | Case No. 2:25-mj-00327-MDC<br><br>Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 5th day of May, 2025 at the hour of 4 p.m., be vacated and continued to August 4, 2025 at 4:00 p.m. in LV Courtroom 3D.

DATED this 23 day of April, 2025.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE